1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN C. JACOBS,

        Plaintiff(s),

vs.

VENETIAN MACAU, LTD., a Macau corporation,

        Defendant(s).

Case # 2:16-cv-00184-APG-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        James R. Ferguson, Esq._____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Mayer Brown, LLP_____
                             (firm name)

with offices at _____71 South Wacker Drive_____,
                         (street address)

_____Chicago_____, _____Illinois_____, ___60606___,
    (city)             (state)         (zip code)

___312-701-7282___, ___jferguson@mayerbrown.com___.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

____Venetian Macau, Ltd.____ to provide legal representation in connection with
       [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since __October 29, 1976__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Illinois__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois Supreme Court | October 1976 | |
| U. S. District Court for the No. District of Illinois | October 1976 | |
| Trial Bar/U.S. Dist. Ct. for the No. Dist. of IL | | |
| U.S. States Ct. of Appeals for the Second Circuit | 2014 | |
| U.S. States Ct. of Appeals for the Seventh Circuit | 1979 | |
| U.S. States Ct. of Appeals for the Federal Circuit | 2003 | |
| U.S. Dist. Court for the District of Connecticut | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*/s/ James R. Ferguson*
(Petitioner's signature)

STATE OF   Illinois   )
              )
COUNTY OF   Cook   )

_____James R. Ferguson_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*/s/ James R. Ferguson*
(Petitioner's signature)

Subscribed and sworn to before me this

__4th__ day of __April__ __2016__

*/s/ Rosalba Garcia*
Notary Public or Clerk

**OFFICIAL SEAL**
**ROSALBA GARCIA**
Notary Public - State of Illinois
My Commission Expires 11/23/2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __James J. Jimmerson, Esq.__ (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____415 South Sixth Street, Suite #100_____
(street address)

__Las Vegas,__   __Nevada__   __89101__
(city)   (state)   (zip code)

__(702) 388-7171__   __jjj@jimmersonlawfirm.com__
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____James J. Jimmerson, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

_____*signature*_____
(party's signature)

_Ira H. Raphaelson, EVP Global General Counsel_
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_see attached signature page_
Designated Resident Nevada Counsel's signature

000264                    jjj@jimmersonlawfirm.com
Bar number                Email address

APPROVED:

Dated: April 4, 2016.

_____*signature*_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____James J. Jimmerson, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*signature on previous page*
_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
000264                    jjj@jimmersonlawfirm.com
Bar number                Email address

APPROVED:
Dated: April 4, 2016.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

James Richard Ferguson

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1976 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, February 24, 2016.

*Carolyn Taft Grosboll*
Clerk