James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

Attorneys for Plaintiff Steven C. Jacobs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN C. JACOBS,<br><br>        Plaintiff,<br><br>v.<br><br>VENETIAN MACAU LTD., a Macau corporation,<br><br>        Defendant. | Case No.: 2:16-cv-00184-APG-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Steven C. Jacobs, by and through his counsel of record hereby voluntarily dismisses, with prejudice, Defendant Venetian Macau Ltd. as it has served no answer or motion for summary judgment in this matter.

DATED this 31st day of May, 2016.

                              PISANELLI BICE PLLC

                              By: _____
                              James J. Pisanelli, Esq., Bar No. 4027
                              Todd L. Bice, Esq., Bar No. 4534
                              Debra L. Spinelli, Esq., Bar No. 9695
                              400 South 7th Street, Suite 300
                              Las Vegas, Nevada 89101
                              *Attorneys for Plaintiff Steven C. Jacobs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Pisanelli Bice, PLLC, and that on this 31st day of May, 2016, I caused to be served via the Court's e-filing/e-service system a true and correct copy of the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to the following:

James J. Jimmerson, Esq.
Holly A. Fic, Esq.
JIMMERSON LAW FIRM, P.C.
415 South Sixth Street #100
Las Vegas, NV 89101
jjj@jimmersonlawfirm.com

/s/ Shannon Thomas
An employee of Pisanelli Bice PLLC